UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, a Delaware Limited Liability Company, DUNKIN' DONUTS FRANCHISING LLC, a Delaware Limited Liability Company, DD IP HOLDER LLC, a Delaware Limited Liability Company, | : |
| Plaintiffs, | : |
| v. | : C.A. No. 08-CV-00209 (CLB) |
| HUDSON VALLEY DONUTS, INC., a New York Corporation, DONUTS OF BEACON, INC., a New York Corporation, DONUTS OF EAST FISHKILL, LLC, a New York Limited Liability Company DONUTS OF ROUTE 9, LLC, a New York Limited Liability Company DONUTS OF FISHKILL, LLC, a New York Limited Liability Company, DONUTS OF 52, LLC, a New York Limited Liability Company, JOSEPH DEANGELIS, a resident of New York, NICHOLAS PALOMBA, a resident of New York, | : |
| Defendants. | : |

---------------------------------------------------------------x

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Federal Rule 7.1, Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, Dunkin' Donuts Franchising LLC and DD IP Holder LLC make the following statement identifying all their parent corporations, and listing any publicly held company that owns 10% or more of their stock:

Plaintiff Dunkin' Donuts Franchised Restaurants LLC, a Delaware limited liability company, operates a franchise system under the trade name "Dunkin' Donuts."  All Dunkin' Donuts franchise agreements dated prior to May 26, 2006 have been assigned to Dunkin' Donuts Franchised Restaurants LLC.  Dunkin' Donuts Franchised Restaurants LLC is a wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc.  Dunkin' Donuts Franchising LLC, a Delaware limited liability company, also operates a franchise system under the trade name "Dunkin' Donuts" and is also wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc.  All Dunkin' Donuts franchise agreements dated on or after May 26, 2006 are in the name of Dunkin' Donuts Franchising LLC.  DD IP Holder LLC, a Delaware limited liability company, is a wholly owned subsidiary of Dunkin' Donuts Brands, Inc., and owns all of the Dunkin' Donuts trademarks. Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

Plaintiffs are unaware of any publicly held company that owns 10% or more of an ownership interest in them.  Plaintiffs are also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

Respectfully submitted,

/s/ Ronald D. Degen
Ronald D. Degen (RD 7808)
Scott Goldfinger (SC 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, NY 10007
Telephone: (212) 227-4530
Facsimile: (212) 385-9813

                    Robert L. Zisk (RZ 1275)
                    Jeffrey L. Karlin (JK 7381)
                    Katherine L. Wallman (KW 3966)
                    GRAY, PLANT, MOOTY, MOOTY
                        & BENNETT, P.A.
                    2600 Virginia Avenue, N.W. Suite 1111
                    Washington, D.C. 20037
                    Telephone:   (202) 295-2200
                    Facsimile:    (202) 295-2250

                    *Attorneys for Plaintiffs*

Dated: January 10, 2008