## United States District Court Southern District of New York

DUNKIN; DONUTS FRANCHISED RESTAURANTS, LLC
DUNKIN' DONUTS FRANCHISING LLC and BR IP
HOLDER LLC,
                  Plaintiffs,

V.                                      Case No. 08 CV 00209

HUDSON VALLEY DONUTS, INC., et al
                Defendants,

State of New York
County of Saratoga:
    The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on January 14th 2008 2:00 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons, complaint, Individual practices of Judge Charles L. Brieant, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** Hudson Valley Donuts, Inc.

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY 12207, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: dark   Age (Approx.) 54
Height (Approx.) 5' 1"  Weight (Approx.) 110  Other identifying features: Glasses

Sworn to before me this
14th day of January 2008

_____
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

                                                                    Sara Grice

<u>United States District Court Southern District of New York</u>

DUNKIN; DONUTS FRANCHISED RESTAURANTS, LLC
DUNKIN' DONUTS FRANCHISING LLC and BR IP
HOLDER LLC,
                      Plaintiffs,
V.                                                Case No. 08 CV 00209

HUDSON VALLEY DONUTS, INC., et al
                      Defendants,

State of New York
County of Saratoga:
      The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on January 14th 2008 2:00 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons, complaint, Individual practices of Judge Charles L. Brieant, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** Donuts of Beacan, Inc.

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY 12207, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: dark   Age (Approx.) 54
Height (Approx.) 5' 1" Weight (Approx.) 110 Other identifying features: Glasses

Sworn to before me this
14th day of January 2008

                                                           Sara Grice

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

<u>United States District Court Southern District of New York</u>

DUNKIN; DONUTS FRANCHISED RESTAURANTS, LLC
DUNKIN' DONUTS FRANCHISING LLC and BR IP
HOLDER LLC,
                       Plaintiffs,

V.                                             Case No. 08 CV 00209

HUDSON VALLEY DONUTS, INC., et al
                       Defendants,

State of New York
County of Saratoga:
       The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on January 14th  2008  2:00 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons, complaint, Individual practices of Judge Charles L. Brieant, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** Donuts of East Fishkill, L.L.C.

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY  12207,  two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of  forty dollars.  That said service was made pursuant to Section *303 LLC*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white     Hair Color: dark    Age (Approx.) 54
Height (Approx.)  5' 1" Weight (Approx.)  110  Other identifying features: Glasses

Sworn to before me this
14th day of January 2008

                                                           Sara Grice

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

<u>United States District Court Southern District of New York</u>

DUNKIN; DONUTS FRANCHISED RESTAURANTS, LLC
DUNKIN' DONUTS FRANCHISING LLC and BR IP
HOLDER LLC,
                      Plaintiffs,

V.                                           Case No. 08 CV 00209

HUDSON VALLEY DONUTS, INC., et al
                      Defendants,

State of New York
County of Saratoga:
      The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on January 14th   2008  2:00  PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons, complaint, Individual practices of Judge Charles L. Brieant, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** Donuts of Route 9, LLC

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY  12207,  two copies thereof and that at the time of making such service, deponent paid Secretary of  State a fee of  forty dollars.  That said service was made pursuant to Section *303 LLC*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: dark   Age (Approx.) 54
Height (Approx.) 5' 1" Weight (Approx.) 110  Other identifying features: Glasses

Sworn to before me this
14th day of January 2008

                                                            Sara Grice

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

<u>United States District Court Southern District of New York</u>

DUNKIN; DONUTS FRANCHISED RESTAURANTS, LLC
DUNKIN' DONUTS FRANCHISING LLC and BR IP
HOLDER LLC,
                              Plaintiffs,

V.                                                 Case No. 08 CV 00209

HUDSON VALLEY DONUTS, INC., et al
                              Defendants,

---

State of New York
County of Saratoga:
      The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on January 14th   2008  2:00  PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons, complaint, Individual practices of Judge Charles L. Brieant, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** Donuts of Fishkill, LLC

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY  12207,  two copies thereof and that at the time of making such service, deponent paid Secretary of  State a fee of  forty dollars.  That said service was made pursuant to Section *303 LLC*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex:  female    Skin Color: white      Hair Color: dark    Age (Approx.) 54
Height (Approx.) 5' 1" Weight (Approx.)  110  Other identifying features: Glasses

Sworn to before me this
14th day of January 2008

_____
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

                                                                    _____
                                                                    Sara Grice

## United States District Court Southern District of New York

DUNKIN; DONUTS FRANCHISED RESTAURANTS, LLC
DUNKIN' DONUTS FRANCHISING LLC and BR IP
HOLDER LLC,
                       Plaintiffs,

V.                                      Case No. 08 CV 00209

HUDSON VALLEY DONUTS, INC., et al
                       Defendants,

State of New York
County of Saratoga:
      The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on January 14th   2008  2:00  PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons,  complaint, Individual practices of Judge Charles L. Brieant, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** Donuts of 52, LLC

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY 12207, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *303 LLC*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white    Hair Color: dark    Age (Approx.) 54
Height (Approx.) 5' 1" Weight (Approx.) 110  Other identifying features: Glasses

Sworn to before me this
14th day of January 2008

*[signature]*
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

*Sara Grice*
Sara Grice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
   RESTAURANTS LLC,,
DUNKIN' DONUTS FRANCHISING LLC,
DD IP HOLDER LLC,

                     Plaintiffs,

        v.                            C.A. No. 08-CV-00209 (CLB)

HUDSON VALLEY DONUTS, INC.,
DONUTS OF BEACON, INC.,
DONUTS OF EAST FISHKILL, LLC,
DONUTS OF ROUTE 9, LLC,
DONUTS OF FISHKILL, LLC,
DONUTS OF 52, LLC,
JOSEPH DEANGELIS and
NICHOLAS PALOMBA,

                     Defendants.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    I hereby certify under penalty of perjury that on January 12, 2008 at 3:00 P.M. at 680 Route 9, Fishkill, New York I served the summons and complaint, together with the Rules of Judge Charles l. Brieant, USDC/SDNY Instructions for Filing an electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above-entitled action upon **Defendant JOSEPH DEANGELIS**, by delivering a true copy of each to **FRANK TRABOLDT**, a person of suitable age and discretion. Said premises is Defendant's actual place of business.

    On January 14, 2008 I enclosed a copy of same in a postpaid envelope properly addressed to Defendant at Defendant's last known residence at 35 Noble Hill Drive, Poughquag, New York 12570 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

    The person served was a male, white, 6'2", brown hair, 40 years old, 230 pounds.

                                                          _____
                                                           RALPH ADDONIZIO

Sworn to before me this
14th day of January 2008.

_____
                                 IRIS PESKIN
                       Notary Public, State of New York
                           No. 01PE6151942
                       Qualified in Nassau County
                  Commission Expires August 28, 20/0