UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNKIN' DONUTS FRANCHISED
 RESTAURANTS LLC,
 a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
 a Delaware Limited Liability Company,
DD IP HOLDER LLC,
 a Delaware Limited Liability Company,

       Plaintiffs,

- v -

HUDSON VALLEY DONUTS, INC.,
 a New York Corporation,
DONUTS OF BEACON, INC.,
 a New York Corporation,
DONUTS OF EAST FISHKILL, LLC,
 a New York Limited Liability Company,
DONUTS OF ROUTE 9, LLC,
 a New York Limited Liability Company,
DONUTS OF FISHKILL, LLC,
 a New York Limited Liability Company,
DONUTS OF 52, LLC,
 a New York Limited Liability Company,
JOSEPH DEANGELIS,
 a resident of New York, and
NICHOLAS PALOMBA,
 a resident of New York,

       Defendants.

**STIPULATION AND ORDER**

08 Civ. 209 (CLB)

  The above-named plaintiffs and defendants, through their undersigned counsel, hereby stipulate and agree that defendants' time to answer or otherwise move with respect to the

Complaint filed herein be and hereby is extended to and including February 15, 2008.

Dated: January 31, 2008

| | |
|---|---|
| GRAY, PLANT, MOOTY,<br>   MOOTY & BENNETT, P.A.<br>Suite 1111<br>2600 Virginia Avenue N.W.<br>Washington, DC 20037<br>Tel.: (202) 295-2200<br>Fax.: (202) 295-2250<br>*Attorneys for Plaintiffs*<br><br>By: _____<br>   Jeffrey L. Karlin | CARTUSCIELLO AND<br>   ASSOCIATES, P.C.<br>Suite 4N<br>470 Park Avenue South<br>New York, NY 10016<br>Tel.: (212) 532-8203<br>Fax: (212) 684-6224<br>*Attorneys for Defendants*<br><br>By: _____<br>   Neil S. Cartusciello |

**SO ORDERED:**

_____
HON. CHARLES L. BRIEANT, U.S.D.J.

2