UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNKIN' DONUTS FRANCHISED
 RESTAURANTS LLC,
 a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
 a Delaware Limited Liability Company,
DD IP HOLDER LLC,
 a Delaware Limited Liability Company,

       Plaintiffs,

- v -

HUDSON VALLEY DONUTS, INC.,
 a New York Corporation,
DONUTS OF BEACON, INC.,
 a New York Corporation,
DONUTS OF EAST FISHKILL, LLC,
 a New York Limited Liability Company,
DONUTS OF ROUTE 9, LLC,
 a New York Limited Liability Company,
DONUTS OF FISHKILL, LLC,
 a New York Limited Liability Company,
DONUTS OF 52, LLC,
 a New York Limited Liability Company,
JOSEPH DEANGELIS,
 a resident of New York, and
NICHOLAS PALOMBA,
 a resident of New York,

       Defendants.

**STIPULATION AND ORDER**

08 Civ. 209 (CLB)

  The above-named plaintiffs and defendants, through their undersigned counsel, hereby stipulate and agree that:

  1.  Defendants have, through their counsel, accepted service of the Amended Complaint filed by plaintiffs herein; and

  2.  Defendants time to answer or otherwise move with respect to the

Amended Complaint shall be and hereby is extended to and including March 7, 2008.

Dated: February 22, 2008

| | |
|---|---|
| GRAY, PLANT, MOOTY,<br>   MOOTY & BENNETT, P.A.<br>Suite 1111<br>2600 Virginia Avenue N.W.<br>Washington, DC 20037<br>Tel.: (202) 295-2200<br>Fax.: (202) 295-2250<br>*Attorneys for Plaintiffs*<br><br>By: _____<br>    Jeffrey L. Karlin | CARTUSCIELLO AND<br>   ASSOCIATES, P.C.<br>Suite 4N<br>470 Park Avenue South<br>New York, NY 10016<br>Tel.: (212) 532-8203<br>Fax: (212) 684-6224<br>*Attorneys for Defendants*<br><br>By: _____<br>    Neil S. Cartusciello |

SO ORDERED: Feb 25, 2008

_____
HON. CHARLES L. BRIEANT, U.S.D.J.

*Cartusciello & Associates, P.C.*
*470 Park Avenue South*
*Suite 4N*
*New York, New York 10016*
*Phone (212) 532-8203 . Fax (212) 686-6224*

February 22, 2008

**VIA FACSIMILE**

Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re: **Dunkin' Donuts, et al. v. Hudson Valley Donuts, et al.**
          08 Civ. 0209 (CLB)

Dear Judge Brieant:

    I write as counsel to the defendants in the above-captioned action, to request that the Court sign the accompanying Stipulation and Order by which defendants have agreed to accept service of the Amended Complaint in this action through counsel, and the parties have agreed that defendants may have until March 7, 2008 to answer or otherwise move with respect to that pleading. The reasons for this request are that plaintiffs have filed an Amended Complaint and defendants need the additional time to formulate and complete the drafting of their response to it.

    Should the Court have any questions or concerns, I can be reached at (973) 543-8204, or my associate Travis Otten, Esq., can be reached at (212) 532-8203.

    Thank you for your consideration.

                                    Respectfully submitted,

                                    Neil S. Cartusciello

cc (via email):
    Jeffrey L. Karlin, Esq.
    Mark B. Leadlove, Esq.