UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNKIN' DONUTS FRANCHISED
 RESTAURANTS LLC,
 a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
 a Delaware Limited Liability Company,
DD IP HOLDER LLC,
 a Delaware Limited Liability Company,

      Plaintiffs,

- v -

HUDSON VALLEY DONUTS, INC.,
 a New York Corporation,
DONUTS OF BEACON, INC.,
 a New York Corporation,
DONUTS OF EAST FISHKILL, LLC,
 a New York Limited Liability Company,
DONUTS OF ROUTE 9, LLC,
 a New York Limited Liability Company,
DONUTS OF FISHKILL, LLC,
 a New York Limited Liability Company,
DONUTS OF 52, LLC,
 a New York Limited Liability Company,
JOSEPH DEANGELIS,
 a resident of New York, and
NICHOLAS PALOMBA,
 a resident of New York,

      Defendants.

**STIPULATION AND ORDER**

08 Civ. 209 (CLB)

The above-named plaintiffs and defendants, through their undersigned counsel, hereby stipulate and agree that defendants' time to answer or otherwise move with respect to the Amended Complaint shall be and hereby is extended to and including March 31, 2008.

Dated: March 5, 2008

GRAY, PLANT, MOOTY,
   MOOTY & BENNETT, P.A.
Suite 1111
2600 Virginia Avenue N.W.
Washington, DC 20037
Tel.: (202) 295-2200
Fax.: (202) 295-2250
*Attorneys for Plaintiffs*

By: _____
    Jeffrey L. Karlin

CARTUSCIELLO AND
   ASSOCIATES, P.C.
Suite 4N
470 Park Avenue South
New York, NY 10016
Tel.: (212) 532-8203
Fax: (212) 684-6224
*Attorneys for Defendants*

By: _____
    Neil S. Cartusciello

**SO ORDERED:**

_____
HON. CHARLES L. BRIEANT, U.S.D.J.