*Cartusciello & Associates, P.C.*
*470 Park Avenue South*
*Suite 4N*
*New York, New York 10016*
*Phone (212) 538-8803 . Fax (212) 684-6224*

March 7, 2008

**VIA FACSIMILE**

Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:  **Dunkin' Donuts, et al. v. Hudson Valley Donuts, et al.**
     08 Civ. 0209 (CLB)

Dear Judge Brieant:

I write as counsel to the defendants in the above-captioned action, to request:

(i) That the Court sign the accompanying stipulation extending defendants' time to answer or otherwise move with respect to the Complaint to and including March 31, 2008; and

(ii) That the Court postpone the Case Management Conference, currently scheduled for March 14, 2008, to April 11, 2008.

I have spoken to Jeffrey Karlin, Esq., of Gray, Plant, Mooty, Mooty & Bennett, P.A., attorneys for plaintiffs herein, and he has authorized me to advise the Court that his clients join in both of these requests.

The principal reason for these requests is that the parties have begun preliminary discussions of a possible settlement in this matter. Although it is too soon to predict whether these discussions will bear fruit, all parties believe that postponing defendants' time to answer or otherwise move with respect to the Amended Complaint, and also postponing the Case Management Conference, will give their settlement discussions the greatest chance of success.

*NJ Office: 106 Mountainside Road, Mendham, NJ 07945*  | *Email:* n.cartusciello@verizon.net

*Neil S. Cartusciello, Attorney at Law*

Hon. Charles L. Brieant
March 7, 2008
Page 2 of 2

      Should the Court have any questions or concerns, I can be reached at (973) 543-8204, or my associate Travis Otten, Esq., can be reached at (212) 532-8203.

      Thank you for your consideration.

                                Respectfully submitted,

                                Neil S. Cartusciello

cc (via email):
   Jeffrey L. Karlin, Esq.
   Mark B. Leadlove, Esq.