# Cartusciello & Associates, P.C.

470 Park Avenue South
Suite 4N
New York, New York 10016
Phone (212) 532-8803 . Fax (212) 684-6284

March 12, 2008

**VIA EMAIL AND FACSIMILE**

Jeffrey L. Karlin, Esq.
Gray, Plant, Mooty, Mooty & Bennett, P.A.
Suite 1111
2600 Virginia Avenue
Washington, DC 20037

   Re: **Dunkin' Donuts, et al. v. Hudson Valley Donuts, et al.**
     08 Civ. 0209 (CLB)

Dear Jeff:

  Judge Brieant's courtroom deputy clerk has advised me that Judge Bricant has granted our request for an adjournment of the Case Management Conference in the above-captioned matter, which was formerly scheduled for this Friday, March 14, 2008.

  The new conference date set by the Court is Friday, April 18, 2008, at 9:30 a.m. If this adjourned date poses any problem, please give me a call at (973) 543-8204, and we can jointly contact Judge Brieant's chambers to discuss an alternate date. Please also do not hesitate to call if there are any other questions or concerns.

  Thank you.

                Sincerely yours,

                Neil S. Cartusciello

cc: Hon. Charles L. Brieant (via facsimile)
   Mark B. Leadlove, Esq. (via email)