*Fee Paid*
*$25 E641837*

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED :
  RESTAURANTS LLC, *et al.*, :
                          :                    **NOTICE OF MOTION AND**
           Plaintiffs,    :                    **MOTION TO ADMIT COUNSEL**
                          :                    **PRO HAC VICE**
    v.                    :
                          :                    C.A. No. 7:08-cv-00209-CLB
HUDSON VALLEY DONUTS, INC., *et al.*, :
                          :
           Defendants.    :
------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed affidavits of Ronald D. Degen and Robert L. Zisk in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Charles L. Brieant at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Robert L. Zisk, a principal with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., and a member in good standing of the Bar of the District of Columbia Court of Appeals, as attorney pro hac vice to argue or try this case in whole or in part as counsel on behalf of Plaintiffs. There are no pending disciplinary proceedings against Robert L. Zisk in any State or Federal court.

Dated: March 10, 2008                Respectfully submitted,

                                     /s/ Ronald D. Degen
                                     Ronald D. Degen (RD 7806)
                                     Scott Goldfinger (SC 9219)
                                     O'ROURKE & DEGEN, PLLC
                                     225 Broadway, Suite 715
                                     New York, NY 10007
                                     Telephone:  (212) 227-4530
                                     Facsimile:  (212) 385-9813
                                     rdegen@odlegal.com
                                     sgoldfinger@odlegal.com

                                     Attorneys for Plaintiffs



**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED  :
   RESTAURANTS LLC, *et al.*,  :   **CERTIFICATION OF RONALD**
  :   **D. DEGEN IN SUPPORT OF**
             Plaintiffs,  :   **MOTION TO ADMIT COUNSEL**
  :   **PRO HAC VICE**
             v.  :
  :   C.A. No. 7:08-cv-00209-CLB
HUDSON VALLEY DONUTS, INC., *et al.*,  :
  :
             Defendants.  :
-----------------------------------------------------------------x

RONALD D. DEGEN, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at the law firm of O'Rourke & Degen, PLLC, counsel for Plaintiffs in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Robert L. Zisk as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law at the October 1970 Term of the Second Judicial Department. I also was admitted to the bar of the United States District Court for the Southern District of New York on April 20, 1972, and am in good standing with this Court.

3. I have known Robert Zisk for more than ten years.

4. Mr. Zisk is an attorney with the law firm of Gray, Plant Mooty, Mooty & Bennett, P.A. in Washington, DC.

5. I have found Mr. Zisk to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I move for the admission of Robert L. Zisk, pro hac vice.

7. I respectfully submit herewith a proposed order granting the admission of Robert L. Zisk, pro hac vice.

WHEREFORE, it is respectfully requested that the motion to admit Robert L. Zisk, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: March 10, 2008

Respectfully submitted,

/s/ Ronald D. Degen
Ronald D. Degen (RD 7808)

Sworn to before me this

10th day of March 2008.

_____
Notary Public

IRIS PESKIN
Notary Public, State of New York
No. 01PE6151942
Qualified in Nassau County
Commission Expires August 28, 2010

2

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED :
   RESTAURANTS LLC, *et al.*, :
                                                                   :   **CERTIFICATION OF ROBERT
                                                                        L. ZISK IN SUPPORT OF**
                       Plaintiffs,   :    **MOTION TO ADMIT COUNSEL
                                                                        PRO HAC VICE**
            v. :
                                        :   C.A. No. 7:08-cv-00209-CLB
HUDSON VALLEY DONUTS, INC., *et al.*, :

                     Defendants. :
------------------------------------------------------------x

      ROBERT L. ZISK, hereby certifies the following:

      1.     I submit this certification in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am a resident of the State of South Carolina, and a principal with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, N.W. – Suite 1111, Washington, D.C.

      2.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia Court of Appeals.

      3.     I have never been held in contempt of court.

      4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

      5.     I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

      6.     I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate <u>pro hac vice</u> in this one case.

Dated: March 6, 2008

_____
Robert L. Zisk

Subscribed and sworn to before me
this 6th day of March, 2008.

_____
Notary Public
My Commission Expires:

SHARON A. GEORGE
NOTARY PUBLIC DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES FEBRUARY 28, 2012

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

 

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROBERT L. ZISK

was on the  19th  day of  DECEMBER, 1983

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 27, 2008.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: *M. Charles*
>       Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on March 10, 2008 I served a copy of the Motion for Admission *Pro Hac Vice* for Robert L. Zisk, supporting papers and proposed order by first class mail in a post paid wrapper addressed to each of the following:

Neil S. Cartusciello, Esq.
Cartusciello and Associates, P.C.
470 Park Avenue South, Suite 4N
New York, New York 10016

Dated: March 10, 2008

/RONALD D. DEGEN (RD 7808)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NANCY GREENHILL,

        Plaintiff,

-against-

THE SUDDATH COMPANIES, d/b/a
SUDDATH RELOCATION SYSTEMS OF
NEW YORK, INC.,

        Defendant.
------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

08 Civ. 0966 (KMK)

ECF Case

STATE OF NEW YORK      )
                              )SS.:
COUNTY OF WESTCHESTER  )

    Patricia Engels, being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age and reside at c/o Keane & Beane, P.C., 445 Hamilton Avenue, 15th Floor, White Plains, New York 10601.

    On the 14th day of March, 2008, I served a true copy of the annexed ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION in this action by mailing a true copy thereof enclosed in a post-paid wrapper, by first class mail, by depositing same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State to the following address:

To:    Helen Ullrich, Esq.
        Bergstein & Ullrich, LLP
        15 Railroad Avenue
        Chester, NY 10918

                                        _____
                                        PATRICIA ENGELS

Sworn to before me this
14th day of March, 2008

_____
Notary Public

MARIANNE QUATTROCIOCCHI
Notary Public, State of New York
No. 4995957
Qualified in Westchester County
Commission Expires May 4, 1999 2010