**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
   RESTAURANTS LLC, *et al.*,

                Plaintiffs,

            v.

HUDSON VALLEY DONUTS, INC., *et al.*,

                Defendants.
-----------------------------------------------------------x

**NOTICE OF MOTION AND
MOTION TO ADMIT COUNSEL
PRO HAC VICE**

C.A. No. 7:08-cv-00209-CLB

     PLEASE TAKE NOTICE that upon the annexed affidavits of Ronald D. Degen and Craig A. Brandt in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Charles L. Brieant at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Craig A. Brandt, a principal with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., and a member in good standing of the Bar of the State of Minnesota, as attorney pro hac vice to argue or try this case in whole or in part as counsel on behalf of Plaintiffs. There are no pending disciplinary proceedings against Craig A. Brandt in any State or Federal court.

Dated: March 10, 2008                          Respectfully submitted,

                                                           Ronald D. Degen (RD 7808)
                                                           Scott Goldfinger (SC 9219)
                                                           O'ROURKE & DEGEN, PLLC
                                                           225 Broadway, Suite 715
                                                           New York, NY 10007
                                                           Telephone:  (212) 227-4530
                                                           Facsimile:   (212) 385-9813
                                                           rdegen@odlegal.com
                                                           sgoldfinger@odlegal.com

                                                           Attorneys for Plaintiffs



**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED :
   RESTAURANTS LLC, *et al.*, : **CERTIFICATION OF RONALD**
: **D. DEGEN IN SUPPORT OF**
                     Plaintiffs, : **MOTION TO ADMIT COUNSEL**
: **PRO HAC VICE**
                v. :
: C.A. No. 7:08-cv-00209-CLB
HUDSON VALLEY DONUTS, INC., *et al.*, :
:
                   Defendants. :
------------------------------------------------------------x

      RONALD D. DEGEN, being duly sworn, hereby deposes and says as follows:

      1.     I am an attorney at the law firm of O'Rourke & Degen, PLLC, counsel for Plaintiffs in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Craig A. Brandt as counsel pro hac vice to represent Plaintiffs in this matter.

      2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law at the October 1970 Term of the Second Judicial Department. I also was admitted to the bar of the United States District Court for the Southern District of New York on April 20, 1972, and am in good standing with this Court.

      3.     While I have known Craig Brandt only briefly, I have known many of the other principals and the associates in his law firms for many years.

      4.     Mr. Brandt is an attorney with the law firm of Gray, Plant Mooty, Mooty & Bennett, P.A. in Minneapolis, Minnesota.

      5.     I believe that Mr. Brandt is a skilled attorney and a person of integrity, and that he is experienced in Federal practice and familiar with the Federal Rules of Procedure.

      6.     Accordingly, I move for the admission of Craig A. Brandt, pro hac vice.

7.  I respectfully submit herewith a proposed order granting the admission of Craig A. Brandt, pro hac vice.

WHEREFORE, it is respectfully requested that the motion to admit Craig A. Brandt, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: March 10, 2008                              Respectfully submitted,

*Ronald D. Degen*
Ronald D. Degen (RD 7808)

Sworn to before me this

10th day of March 2008.

_____
Notary Public

IRIS PESKIN
Notary Public, State of New York
No. 01PE6151942
Qualified in Nassau County
Commission Expires August 26, 2010

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED  :
   RESTAURANTS LLC, *et al.*, :   **CERTIFICATION OF CRAIG A.**
    :   **BRANDT IN SUPPORT OF**
               Plaintiffs, :   **MOTION TO ADMIT COUNSEL**
    :   **PRO HAC VICE**
         v. :
    :   C.A. No. 7:08-cv-00209-CLB
HUDSON VALLEY DONUTS, INC., *et al.*, :
    :
               Defendants. :
------------------------------------------------------------x

      CRAIG A. BRANDT, hereby certifies the following:

      1.     I submit this certification in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am a resident of the State of Minnesota, and a principal with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 500 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402.

      2.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Minnesota.

      3.     I have never been held in contempt of court.

      4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

      5.     I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

      6.     I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate pro hac vice in this one case.

Dated: February 29, 2008

_____
Craig A. Brandt

Subscribed and sworn to before me this 29th day of February, 2008.

_____
Notary Public
My Commission Expires:



2

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

**CRAIG ANDREW BRANDT**

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 07, 1990

Given under my hand and seal of this court on

February 28, 2008

Fredrick K. Grittner
Clerk of Appellate Courts

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury, that on March 10, 2008 I served a copy of the Motion for Admission *Pro Hac Vice* for Craig A. Brandt, supporting papers and proposed order by first class mail in a post paid wrapper addressed to each of the following:

Neil S. Cartusciello, Esq.
Cartusciello and Associates, P.C.
470 Park Avenue South, Suite 4N
New York, New York 10016

Dated: March 10, 2008

                                            RONALD D. DEGEN (RD 7808)