*fee paid*
*$25 E641837*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED            :
 RESTAURANTS LLC, et al.,            :
                                     :         NOTICE OF MOTION AND
           Plaintiffs,               :         MOTION TO ADMIT COUNSEL
                                     :         PRO HAC VICE
      v.                             :
                                     :         C.A. No. 7:08-cv-00209-CLB
HUDSON VALLEY DONUTS, INC., et al.,  :
                                     :
           Defendants.               :
------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed affidavits of Ronald D. Degen and Jeffrey L. Karlin in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Charles L. Brieant at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Jeffrey L. Karlin, a principal with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., and a member in good standing of the Bar of the District of Columbia Court of Appeals, as attorney pro hac vice to argue or try this case in whole or in part as counsel on behalf of Plaintiffs. There are no pending disciplinary proceedings against Jeffrey L. Karlin in any State or Federal court.

Dated: March 10, 2008                       Respectfully submitted,

                                            /s/ Ronald D. Degen
                                            Ronald D. Degen (RD 7808)
                                            Scott Goldfinger (SC 9219)
                                            O'ROURKE & DEGEN, PLLC
                                            225 Broadway, Suite 715
                                            New York, NY 10007
                                            Telephone:  (212) 227-4530
                                            Facsimile:  (212) 385-9813
                                            rdegen@odlegal.com
                                            sgoldfinger@odlegal.com

                                            Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
   RESTAURANTS LLC, *et al.*,             :        **CERTIFICATION OF RONALD**
                                                    :        **D. DEGEN IN SUPPORT OF**
                      Plaintiffs,         :        **MOTION TO ADMIT COUNSEL**
                                                    :        **PRO HAC VICE**
                v.                            :
                                                    :        C.A. No. 7:08-cv-00209-CLB
HUDSON VALLEY DONUTS, INC., *et al.*,    :
                                                    :
                    Defendants.     :
-----------------------------------------------------------------x

       RONALD D. DEGEN, being duly sworn, hereby deposes and says as follows:

       1.      I am an attorney at the law firm of O'Rourke & Degen, PLLC, counsel for Plaintiffs in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Jeffrey L. Karlin as counsel pro hac vice to represent Plaintiffs in this matter.

       2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law at the October 1970 Term of the Second Judicial Department. I also was admitted to the bar of the United States District Court for the Southern District of New York on April 20, 1972, and am in good standing with this Court.

       3.      I have known Jeffrey Karlin for more than seven years.

       4.      Mr. Karlin is an attorney with the law firm of Gray, Plant Mooty, Mooty & Bennett, P.A. in Washington, D.C.

       5.      I have found Mr. Karlin to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

       6.      Accordingly, I move for the admission of Jeffrey L. Karlin, pro hac vice.

       7.      I respectfully submit herewith a proposed order granting the admission of Jeffrey L. Karlin, pro hac vice.

WHEREFORE, it is respectfully requested that the motion to admit Jeffrey L. Karlin, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: March 10, 2008                    Respectfully submitted,

*Ronald D. Degen*
Ronald D. Degen (RD 7808)

Sworn to before me this

10th day of March, 2008.

*[signature]*
Notary Public

IRIS PESKIN
Notary Public, State of New York
No. 01PE6151942
Qualified in Nassau County
Commission Expires August 28, 20/0

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED                     :
   RESTAURANTS LLC, *et al.*,                         :   **CERTIFICATION OF JEFFREY**
                                                         :   **L. KARLIN IN SUPPORT OF**
                          Plaintiffs,            :   **MOTION TO ADMIT COUNSEL**
                                                            :   **PRO HAC VICE**
               v.                              :
                                                            :   C.A. No. 7:08-cv-00209-CLB
HUDSON VALLEY DONUTS, INC., *et al.*,         :
                          Defendants.         :
------------------------------------------------------------x

      JEFFREY L. KARLIN, hereby certifies the following:

      1.     I submit this certification in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am a resident of the State of Maryland, and a principal with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, N.W. – Suite 1111, Washington, D.C.

      2.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia Court of Appeals.

      3.     I have never been held in contempt of court.

      4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

      5.     I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

      6.     I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate pro hac vice in this one case.

Dated: March 4, 2008

Jeffrey L. Karlin

Subscribed and sworn to before me this 4th day of March, 2008.

Sharon A. George
Notary Public
My Commission Expires:

SHARON A. GEORGE
NOTARY PUBLIC DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES FEBRUARY 28, 2012

2



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JEFFREY L. KARLIN

was on the 5th day of JUNE, 1998 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 27, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on March 10, 2008 I served a copy of the Motion for Admission *Pro Hac Vice* for Jeffrey L. Karlin, supporting papers and proposed order by first class mail in a post paid wrapper addressed to each of the following:

Neil S. Cartusciello, Esq.
Cartusciello and Associates, P.C.
470 Park Avenue South, Suite 4N
New York, New York 10016

Dated: March 10, 2008

/RONALD D. DEGEN (RD 7808)