*Fee paid*
*E 641837*

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
 RESTAURANTS LLC, *et al.*,

      Plaintiffs,

   v.

HUDSON VALLEY DONUTS, INC., *et al.*,

      Defendants.
---------------------------------------------------------------x

NOTICE OF MOTION AND
MOTION TO ADMIT COUNSEL
PRO HAC VICE

C.A. No. 7:08-cv-00209-CLB

   PLEASE TAKE NOTICE that upon the annexed affidavits of Ronald D. Degen and Katherine L. Wallman in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Charles L. Brieant at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Katherine L. Wallman, an associate with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., and a member in good standing of the Supreme Court of the State of California, as attorney pro hac vice to argue or try this case in whole or in part as counsel on behalf of Plaintiffs. There are no pending disciplinary proceedings against Katherine L. Wallman in any State or Federal court.

Dated: March 10, 2008

          Respectfully submitted,

          *Ronald Degen*
          Ronald D. Degen (RD 7808)
          Scott Goldfinger (SC 9219)
          O'ROURKE & DEGEN, PLLC
          225 Broadway, Suite 715
          New York, NY 10007
          Telephone: (212) 227-4530
          Facsimile: (212) 385-9813
          rdegen@odlegal.com
          sgoldfinger@odlegal.com

Attorneys for Plaintiffs



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
   RESTAURANTS LLC, *et al.*,

                  Plaintiffs,

            v.

HUDSON VALLEY DONUTS, INC., *et al.*,

                  Defendants.
-----------------------------------------------------------------x

**CERTIFICATION OF RONALD D. DEGEN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

C.A. No. 7:08-cv-00209-CLB

RONALD D. DEGEN, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at the law firm of O'Rourke & Degen, PLLC, counsel for Plaintiffs in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Katherine L. Wallman as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law at the October 1970 Term of the Second Judicial Department. I also was admitted to the bar of the United States District Court for the Southern District of New York on April 20, 1972, and am in good standing with this Court.

3. I have known Katherine Wallman since October, 2007.

4. Ms. Wallman is an attorney with the law firm of Gray, Plant Mooty, Mooty & Bennett, P.A. in Washington, D.C.

5. I have found Ms. Wallman to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I move for the admission of Katherine L. Wallman, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Katherine L. Wallman, pro hac vice, which is attached hereto as Exhibit A.

2

WHEREFORE, it is respectfully requested that the motion to admit Katherine L. Wallman, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: March ____, 2008                    Respectfully submitted,

/Ronald D. Degen (RD 7808)

Sworn to before me this

10th day of March 2008.

_____
Notary Public

IRIS PESKIN
Notary Public, State of New York
No. 01PE6151942
Qualified in Nassau County
Commission Expires August 28, 2010

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED : 
   RESTAURANTS LLC, *et al.*, : **CERTIFICATION OF**
: **KATHERINE L. WALLMAN**
: **IN SUPPORT OF MOTION**
                        Plaintiffs, : **TO ADMIT COUNSEL**
: **PRO HAC VICE**
               v. :
: C.A. No. 7:08-cv-00209-CLB
HUDSON VALLEY DONUTS, INC., *et al.*, :
:
                      Defendants. :
------------------------------------------------------------x

      KATHERINE L. WALLMAN, hereby certifies the following:

      1.     I submit this certification in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am a resident of the Commonwealth of Virginia, and an associate with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, N.W. – Suite 1111, Washington, D.C.

      2.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Supreme Court of the State of California.

      3.     I have never been held in contempt of court.

      4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

      5.     I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

      6.     I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate <u>pro hac vice</u> in this one case.

Dated: March 4, 2008

_____
Katherine L. Wallman

Subscribed and sworn to before me this 4th day of March, 2008.

_____
Notary Public
My Commission Expires:

SHARON A. GEORGE
NOTARY PUBLIC DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES FEBRUARY 28, 2012

2



# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### KATHERINE LEAH WALLMAN

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that KATHERINE LEAH WALLMAN was on the 23RD day of DECEMBER 2004 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,
this 28th day of FEBRUARY, 2008.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By_____
Joseph Cornetta, Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on March 10, 2008 I served a copy of the Motion for Admission *Pro Hac Vice* for Katherine Wallman, supporting papers and proposed order by first class mail in a post paid wrapper addressed to each of the following:

Neil S. Cartusciello, Esq.
Cartusciello and Associates, P.C.
470 Park Avenue South, Suite 4N
New York, New York 10016

Dated: March 10, 2008

RONALD D. DEGEN (RD 7808)