Brieant, J.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED :
RESTAURANTS LLC, *et al.*, :
:
Plaintiffs, :
:
v. : C.A. No. 7:08-cv-00209-CLB
:
HUDSON VALLEY DONUTS, INC., *et al.*, :
:
Defendants. :
------------------------------------------------------------x

The motion for admission to practice <u>pro hac vice</u> in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that:

> Robert L. Zisk, Esq.
> Gray, Plant, Mooty, Mooty & Bennett, P.A.
> 2600 Virginia Avenue, N.W. – Suite 1111
> Washington, D.C. 20037
> robert.zisk@gpmlaw.com

is admitted to practice pro hac vice and permitted to argue or try this particular case in whole or in part as counsel on behalf of Plaintiffs.

An attorney admitted to practice <u>pro hac vice</u> is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission <u>pro hac vice</u> for the above listed case will be made on the roll of attorneys.

The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other counsel in this case.

Dated: March 20 2008
White Plains, New York

cc: Robert L. Zisk, Esq.
    Counsel of Record
    Court File

SO ORDERED:

Charles L. Brieant
United States District Judge
Hon. Charles L. Brieant, U.S.D.J.