*Brieant, J.*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC, *et al.*,

                     Plaintiffs,

               v.                             C.A. No. 7:08-cv-00209-CLB

HUDSON VALLEY DONUTS, INC., *et al.*,

                     Defendants.
-----------------------------------------------------------x

The motion for admission to practice pro hac vice in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that:

    Craig A. Brandt, Esq.
    Gray, Plant, Mooty, Mooty & Bennett, P.A.
    500 IDS Center, 80 South Eighth Street
    Minneapolis, Minnesota  55402
    craig.brandt@gpmlaw.com

is admitted to practice pro hac vice and permitted to argue or try this particular case in whole or in part as counsel on behalf of Plaintiffs.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: *March 20*, 2008
White Plains, New York

√ SO ORDERED:

*Charles L. Brieant*
United States District Judge
Hon. Charles L. Brieant, U.S.D.J.

cc:    Craig A. Brandt, Esq.
       Counsel of Record
       Court File