UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNKIN' DONUTS FRANCHISED
 RESTAURANTS LLC,
 a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
 a Delaware Limited Liability Company,
DD IP HOLDER LLC,
 a Delaware Limited Liability Company,

              Plaintiffs,

- v -

HUDSON VALLEY DONUTS, INC.,
 a New York Corporation,
DONUTS OF BEACON, INC.,
 a New York Corporation,
DONUTS OF EAST FISHKILL, LLC,
 a New York Limited Liability Company,
DONUTS OF ROUTE 9, LLC,
 a New York Limited Liability Company,
DONUTS OF FISHKILL, LLC,
 a New York Limited Liability Company,
DONUTS OF 52, LLC,
 a New York Limited Liability Company,
JOSEPH DEANGELIS,
 a resident of New York, and
NICHOLAS PALOMBA,
 a resident of New York,

              Defendants.

**STIPULATION AND ORDER**

08 Civ. 209 (CLB)

    The above-named plaintiffs and defendants, through their undersigned counsel, hereby stipulate and agree that defendants' time to answer or otherwise move with respect to the Amended Complaint shall be and hereby is extended to and including April 21, 2008.

Dated: March 31, 2008

| | |
|---|---|
| GRAY, PLANT, MOOTY,<br>   MOOTY & BENNETT, P.A.<br>Suite 1111<br>2600 Virginia Avenue N.W.<br>Washington, DC 20037<br>Tel.: (202) 295-2200<br>Fax.: (202) 295-2250<br>*Attorneys for Plaintiffs*<br><br>By: /s/ Jeffrey L. Karlin<br><br>White Plains, N.Y. | CARTUSCIELLO AND<br>   ASSOCIATES, P.C.<br>Suite 4N<br>470 Park Avenue South<br>New York, NY 10016<br>Tel.: (212) 532-8203<br>Fax: (212) 684-6224<br>*Attorneys for Defendants*<br><br>By: /s/ Neil S. Cartusciello |

SO ORDERED: April 1, 2008

_____
HON. CHARLES L. BRIEANT, U.S.D.J.

2

*Cartusciello & Associates, P.C.*
*470 Park Avenue South*
*Suite 4N*
*New York, New York 10016*
*Phone (212) 532-8203 . Fax (212) 684-6226*

March 31, 2008

**VIA FACSIMILE**

Honorable Charles L. Bricant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:   **Dunkin' Donuts, *et al.* v. Hudson Valley Donuts, *et al.***
           08 Civ. 0209 (CLB)

Dear Judge Brieant:

    I write as counsel to the defendants in the above-captioned action, to request that the Court sign the accompanying stipulation extending defendants' time to answer or otherwise move with respect to the Complaint to and including April 21, 2008. I have spoken to Jeffrey Karlin, Esq., of Gray, Plant, Mooty, Mooty & Bennett, P.A., attorneys for plaintiffs herein, and he has authorized me to advise the Court that his clients join in both of these requests.

    The principal reason for this request is that the parties are in the midst of preliminary discussions of a possible settlement in this matter. Although it is still too soon to predict whether these discussions will bear fruit, all parties believe that postponing defendants' time to answer or otherwise move with respect to the Amended Complaint will give their settlement discussions the greatest chance of success.

    Should the Court have any questions or concerns, I can be reached at (973) 543-8204, or my associate Travis Otten, Esq., can be reached at (212) 532-8203.

    Thank you for your consideration.

                                                Respectfully submitted,

                                                Neil S. Cartusciello

cc (via email):
    Jeffrey L. Karlin, Esq.
    Mark B. Leadlove, Esq.

*NJ Office: 104 Mountainside Road, Mendham, NJ 07945*     | *Email:* n.cartusciello@verizon.net