UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,

                Plaintiffs,

     - v -

HUDSON VALLEY DONUTS, INC.,
  a New York Corporation,
DONUTS OF BEACON, INC.,
  a New York Corporation,
DONUTS OF EAST FISHKILL, LLC,
  a New York Limited Liability Company,
DONUTS OF ROUTE 9, LLC,
  a New York Limited Liability Company,
DONUTS OF FISHKILL, LLC,
  a New York Limited Liability Company,
DONUTS OF 52, LLC,
  a New York Limited Liability Company,
JOSEPH DEANGELIS,
  a resident of New York, and
NICHOLAS PALOMBA,
  a resident of New York,

              Defendants.

**RULE 7.1(a) DISCLOSURE
STATEMENT OF DEFENDANT
<u>DONUTS OF BEACON, INC.</u>**


08 Civ. 209 (CLB)


Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Donuts of

Beacon, Inc., by and through its undersigned counsel, certifies that there are no parent

corporations or publicly-held corporations owning 10% or more of its common stock.

Dated:  April 21, 2008

CARTUSCIELLO AND ASSOCIATES, P.C.
470 Park Avenue South—Suite 4N
New York, NY 10016
Tel.: (212) 532-8203
Fax: (973) 543-8201

By: _____
Neil S. Cartusciello