UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,

                Plaintiffs,

- v -

HUDSON VALLEY DONUTS, INC.,
  a New York Corporation,
DONUTS OF BEACON, INC.,
  a New York Corporation,
DONUTS OF EAST FISHKILL, LLC,
  a New York Limited Liability Company,
DONUTS OF ROUTE 9, LLC,
  a New York Limited Liability Company,
DONUTS OF FISHKILL, LLC,
  a New York Limited Liability Company,
DONUTS OF 52, LLC,
  a New York Limited Liability Company,
JOSEPH DEANGELIS,
  a resident of New York, and
NICHOLAS PALOMBA,
  a resident of New York,

                Defendants.

**DEFENDANTS' RULE 7.1(a)
DISCLOSURE STATEMENT**

08 Civ. 209 (CLB)

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, each of the above-named corporate defendants (to wit, Hudson Valley Donuts, Inc., Donuts of Beacon, Inc., Donuts of East Fishkill, LLC, Donuts of Route 9, LLC, Donuts of Fishkill, LLC and Donuts of 52, LLC), by and through their undersigned counsel, certifies that there are no parent corporations or publicly-held corporations owning 10% or more of the common stock of any of them.

Dated:  April 21, 2008

                              CARTUSCIELLO AND ASSOCIATES, P.C.
                              470 Park Avenue South—Suite 4N
                              New York, NY  10016
                              Tel.:  (212) 532-8203
                              Fax:  (973) 543-8201

By:  _____
       Neil S. Cartusciello

2