UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,

                Plaintiffs,

- v -

HUDSON VALLEY DONUTS, INC.,
  a New York Corporation,
DONUTS OF BEACON, INC.,
  a New York Corporation,
DONUTS OF EAST FISHKILL, LLC,
  a New York Limited Liability Company,
DONUTS OF ROUTE 9, LLC,
  a New York Limited Liability Company,
DONUTS OF FISHKILL, LLC,
  a New York Limited Liability Company,
DONUTS OF 52, LLC,
  a New York Limited Liability Company,
JOSEPH DEANGELIS,
  a resident of New York, and
NICHOLAS PALOMBA,
  a resident of New York,

                Defendants.

**AFFIRMATION OF SERVICE**

08 Civ. 209 (CLB)

State of New Jersey
County of Morris         ) :

    NEIL S. CARTUSCIELLO, hereby declares and affirms under penalty of perjury as follows:

    1. I am an attorney at law, a member of the Bar of the States of New York and New Jersey in good standing.

2. On this date I caused a copy of the Answer to the Amended Complaint, filed by defendants Hudson Valley Donuts, Inc., Donuts of Beacon, Inc., Donuts of East Fishkill, LLC, Donuts of Route 9, LLC, Donuts of Fishkill, LLC, Donuts of 52, LLC, Joseph DeAngelis and Nicholas Palomba, to be served by Priority Mail on Plaintiffs, by placing copies of the same in envelopes bearing the required postage and addressed to counsel for plaintiffs:

| | |
|---|---|
| GRAY, PLANT, MOOTY,<br>   MOOTY & BENNETT, P.A.<br>Suite 1111<br>2600 Virginia Avenue N.W.<br>Washington, DC 20037<br>Tel.: (202) 295-2200<br>Fax.: (202) 295-2250<br>Attention: Jeffrey L. Karlin, Esq. | O'ROURKE & DEGEN, PLLC<br>Suite 715<br>225 Broadway<br>New York, NY 10007<br>Tel.: (212) 227-4530<br>Fax: (212) 385-9813<br>Attention: Ronald Degen, Esq. and<br>   Scott Goldfinger, Esq. |

and by depositing the same in an authorized receptacle of the United States Postal Service for the receipt of First Class and Priority Mail.

New York, New York
Affirmed this 21st day of April 2008.

_____
NEIL S. CARTUSCIELLO