**O'ROURKE & DEGEN, PLLC**
ATTORNEYS AT LAW
225 BROADWAY, SUITE 715
NEW YORK, NY 10007

212-227-4530

FAX 212-385-9813

RONALD D. DEGEN
rdegen@odlegal.com

SCOTT G. GOLDFINGER*
sgoldfinger@odlegal.com

KRISTIN M. LASHER
klasher@odlegal.com

* ALSO ADMITTED IN
NEW JERSEY

THOMAS H. O'ROURKE
1976 - 2005

May 15, 2008

**MEMO ENDORSED**

*[Handwritten: Conference adjourned to June 27, 2008 @ 9:00 am
So Ordered 5/15/08
Charles L. Brient
USDJ]*

BY TELECOPIER 914-390-4085

The Honorable Charles L. Brient
United States District Court
300 Quarropas Street
White Plains NY 10601

Re: Dunkin' Donuts Franchised Restaurants LLC, et al. v.
    Hudson Valley Donuts, Inc. et al.
    Case No.: 08 Civ 209 (CLB)

Dear Judge Brient:

I am sending this letter at direction of your chambers. This matter is currently scheduled for a status conference on Friday May 16, 2008. When the parties last appeared, the court referred the matter to mediation and scheduled the status conference for tomorrow. However, the mediation has not yet occurred. The mediation is tentatively scheduled for Tuesday June 17, 2008. The parties request that the May 16th status conference be adjourned until after the mediation. I have spoken to Neil Cartusciello, attorney for defendants, who consents to this request.

Respectfully,

Scott G. Goldfinger

SGG:ad
cc: Neil Cartusciello, Esq.
    (212-686-6224)