**O'ROURKE & DEGEN, PLLC**
ATTORNEYS AT LAW
225 BROADWAY, SUITE 715
NEW YORK, NY 10007

212-227-4530

FAX 212-385-9813

RONALD D. DEGEN
rdegen@odlegal.com

SCOTT G. GOLDFINGER*
sgoldfinger@odlegal.com

KRISTIN M. LASHER
klasher@odlegal.com

* ALSO ADMITTED IN
NEW JERSEY

THOMAS H. O'ROURKE
1970 - 2005

May 15, 2008

**MEMO ENDORSED**

*Conference adjourned to September 19, 2008 @ 9:00 AM*
*So Ordered*
*Charles L. Brient*
*6/13/08           USDJ*

BY TELECOPIER 914-390-4085

The Honorable Charles L. Brient
United States District Court
300 Quarropas Street
White Plains NY 10601

   Re:  *Dunkin' Donuts Franchised Restaurants LLC, et al.v.*
        *Hudson Valley Donuts, Inc. et al.*
        Case No.: 08 Civ 209 (CLB)

Dear Judge Brient:

   This matter is currently scheduled for a status conference on Friday June 27, 2008. When the parties last appeared, the court referred the matter to mediation and scheduled the status conference to occur after the mediation. However, the mediation, initially scheduled for June 17, 2008, has been rescheduled for July 15, 2008. The parties request that the June 17th status conference be adjourned until after the mediation. Opposing counsel consents to this request.

                                                Respectfully,

                                                Scott G. Goldfinger

SGG:ad
cc:  Neil Cartusciello, Esq.
     (212-686-6224)