UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,

                        Plaintiffs,

         - v -

HUDSON VALLEY DONUTS, INC.,
  a New York Corporation,
DONUTS OF BEACON, INC.,
  a New York Corporation,
DONUTS OF EAST FISHKILL, LLC,
  a New York Limited Liability Company,
DONUTS OF ROUTE 9, LLC,
  a New York Limited Liability Company,
DONUTS OF FISHKILL, LLC,
  a New York Limited Liability Company,
DONUTS OF 52, LLC,
  a New York Limited Liability Company,
JOSEPH DEANGELIS,
  a resident of New York, and
NICHOLAS PALOMBA,
  a resident of New York,

                        Defendants.

**STIPULATION AND ORDER**

08 Civ. 209 ~~(CLB)~~ (CS)

      The above-named plaintiffs and defendants, through their undersigned counsel, hereby stipulate and agree that the stay of discovery entered herein shall continue through and including August 15, 2008, and that defendants' time to amend their Answer to the Amended Complaint as a matter of course, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, including by adding counterclaims, if any, shall be and hereby is extended to August 15, 2008.

*A status conference will be held before the Hon. Cathy Seibel, US Courthouse, White Plains, NY on September 19, 2008 @ 9:15 A.M.*

Dated: July 28, 2008

| GRAY, PLANT, MOOTY, | CARTUSCIELLO AND |
| MOOTY & BENNETT, P.A. | ASSOCIATES, P.C. |

GRAY, PLANT, MOOTY,
    MOOTY & BENNETT, P.A.
Suite 1111
2600 Virginia Avenue N.W.
Washington, DC 20037
Tel.: (202) 295-2200
Fax.: (202) 295-2250
*Attorneys for Plaintiffs*

By: _____
    David E. Worthen

CARTUSCIELLO AND
    ASSOCIATES, P.C.
Suite 4N
470 Park Avenue South
New York, NY 10016
Tel.: (212) 532-8203
Fax: (212) 684-6224
*Attorneys for Defendants*

By: _____
    Neil S. Cartusciello

**SO ORDERED:**

_____ 8/20/08
    U.S.D.J.

2